In the Matter of the Estate of EDWARD J. GRAMM, Deceased.

JAMES F. EGAN, Public Administrator of New York County, as Administrator of the Estate of EDWARD J. GRAMM, Deceased, et al., Appellants; WALTER BENSON, Respondent.

Argued January 7, 1937; decided January 26, 1937.

*Sidney B. Alexander* amd *Meyer Loebelson* for John R. Gramm et al., appellants.

*Joseph T. Arenson* and *Joseph A. Cox* for James F. Egan, as Public Administrator, appellant.

*Abraham Lillienthal* and *Irving A. Heimlich* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: LEHMAN and FINCH, JJ.